NO. 14-3587

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA,**

    Plaintiff/Appellee,

v.

**LEO STOLLER,**

    Defendant/Appellant.

**Appeal from the United States District Court
For the Northern District of Illinois
Case No. 10-CR-1052
The Honorable Virginia Kendall**

**EMERGENCY MOTION FOR COURT INTERVENTION**

    COMES NOW, Defendant Leo Stoller by and though Counsel Philip M. Kiss and in support of his Motion for Court Intervention now states as follows:

    1.    Defendant Stoller is a disabled 69 year old senior citizen who is in very poor health.

    2.    On February 12, 2016, Defendant Stoller's brother Christopher Stoller was advised that Defendant Stoller had been in isolation for the past three days and is not sure when Defendant Stoller will be released from isolation.

    3.    It is imperative that Defendant Stoller's attorney Philip M. Kiss be able to be in contact with his client as there is an ongoing pending appeal. Defendant Stoller's Attorney Philip Kiss needs to be able to discuss any new developments in Defendant Stoller's case.

4.     As well known to the Terre Haute Federal Correction Facility and to this Honorable Court, Defendant Stoller is in poor mental and physical health and being in isolation for any longer could have serious affects on his mental state and well being.

5.     As well known to this Court and the Terre Haute Federal Correction Facility, Defendant Stoller suffers from Dementia and Alzheimer's disease.  According to the Alzheimer's Association website, you should never put someone with Alzheimer's disease in isolation as this is very dangerous for that person.  It can lead to very serious mental and health problems that cannot be treated.

6.     Defendant Stoller's family is very concerned as to his well being and needs Court intervention to make sure that Defendant Stoller has not suffered any new medical issues from being in isolation.

7.     In the current case of *Mathison v. Moats*, No. 14-3549 (7th Cir. 2016), *Mathison,* a federal inmate, received the minimal level of care and the minimal civilized measures of life's necessities when he became ill.  Failure to give proper medical attention by the Pekin Correction Officers was proven to be evidence of deliberate indifference to a serious medical condition as in the case at bar.

8.     Approximately three weeks ago, Defendant Stoller suffered from an impacted tooth which he informed the staff at the Terre Haute Federal Correction Facility about.  No medical treatment was given to Defendant Stoller and he was in agony for weeks.  It was not until it became a life threatening infection which caused Defendant Stoller to be admitted to an outside hospital and was put on an IV for seven days to treat the serious infection.

9.     Defendant Stoller is being neglected for his medical care and is requesting that doctors outside the Terre Haute Federal Correction Facility evaluate Defendant Stoller's current medical condition and if needed treat Defendant Stoller for any new issues he may have.

WHEREFORE, Defendant Stoller prays that this Honorable Court issue an Order to the Terre Haute Federal Correction Facility instructing Defendant Stoller's immediate release from isolation, that Defendant Stoller be given proper medical attention and that Attorney Philip M. Kiss to have telephone communication with his client on a daily basis to keep him apprised of the status of his case.

Respectfully submitted,

/s/ Philip M. Kiss
Philip M. Kiss
Attorney for Defendant
5250 Grand Avenue, #14-408
Gurnee, Illinois 60031
(815) 385-4410

**CERTIFICATE OF SERVICE**

The undersigned, Philip M. Kiss as counsel for Defendant Leo Stoller, hereby certifies that on February 19, 2016, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District by using the CM/ECF system. Counsel further certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Philip M. Kiss as counsel for Defendant Leo Stoller certifies that on February 19, 2016, he mailed a copy of the foregoing motion to the Terre Haute Federal Correction facility.

Terre Haute Correction Facility
P.O. Box 33
Terre Haute, IN 47808

/s/ Philip M. Kiss
Philip M. Kiss
Attorney for Defendant
5250 Grand Avenue, #14-408
Gurnee, Illinois 60031
(815) 385-4410