# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 22, 2016

Before

JOEL M. FLAUM, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| No. 14-3587 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>LEO D. STOLLER, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cr-01052-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Upon consideration of the **EMERGENCY MOTION FOR COURT INTERVENTION**, filed on February 19, 2016, by counsel for Appellant,

**IT IS ORDERED** that the motion is **DENIED**. The court notes that it is not clear from the motion why the appellant is being held in isolation.

form name: **c7_Order_3J**(form ID: **177**)