## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 7, 2016

Before

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| No. 14-3587 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>LEO D. STOLLER, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cr-01052-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Upon consideration of the **MOTION TO VACATE JUDGE VIRGINIA KENDALL'S ORDER OF MAY 4, 2016**, filed on May 12, 2016, by counsel for the appellant,

**IT IS ORDERED** that the motion is **DENIED**.