# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 18, 2016

Before

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 14-3587 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>LEO D. STOLLER, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:10-cr-01052-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **RULE 40 PETITION FOR PANEL REHEARING AND REHEARING EN BANC**, filed on July 12, 2016, by counsel for Appellant,

**IT IS ORDERED** that the motion for permission to file the petition for rehearing and rehearing en banc is **DENIED**. Accordingly, the corrected petition submitted and filed on July 11, 2016 (Doc. 71) will be considered by the panel.

form name: **c7_Order_3J**(form ID: **177**)