# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 18, 2015

*By the Court:*

| | |
|---|---|
| No. 14-3587 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>LEO D. STOLLER,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:10-cr-01052-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall |

Upon consideration of the **RULE 9 MOTION FOR IMMEDIATE RELEASE PENDING APPEAL**, filed on November 4, 2015, by counsel for the appellant,

**IT IS ORDERED** that the motion is **DENIED.**

form name: **c7_Order_BTC**(form ID: **178**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit